IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NAQI SYED, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | C.A. No. 4:24-cv-165-ALM |
| UNITEDHEALTHCARE OF NORTH CAROLINA, | § § § § | |
| *Defendant.* | § § | |

## AGREED MOTION TO STAY REMAINING CASE DEADLINES

Plaintiff Naqi Syed ("Syed") and Defendant UnitedHealthcare of North Carolina ("UHNC") (collectively the "Parties") file this, their Agreed Motion to Stay Remaining Case Deadlines, and in support thereof, show as follows:

1. This is a case involving a dispute for unpaid benefits under a health insurance policy. Currently, the Court is vested with federal jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because it is a civil action between citizens of different states with an amount in controversy in excess of $75,000. (*See* Dkt. #10 at ¶ 2.)

2. By way of Syed's documents produced on April 4, 2025, UHNC became aware that it was not the proper entity defendant (Dkt. #28 at 2). On April 18, 2025, UHNC filed its Motion for Summary Judgment (the "MSJ") (Dkt. #29) seeking judgment in its favor because it did not issue, insure, underwrite, or administer the at-issue policy. UHNC's MSJ is ripe for the Court's consideration.

3. On May 30, 3025, Syed sought leave to join a non-diverse entity defendant, UnitedHealthcare of Texas, Inc. ("UHTX"), in this lawsuit (the "MFL"). (Dkt. #32.)

4. On June 27, 2025, UHNC filed its response, disputing that Syed was entitled to

such relief. (Dkt. #37.) Syed's MFL is ripe for the Court's consideration.

5.      The Parties agree that a trial before this Court would be improper. The Court may either: (a) grant UHNC's MSJ and dismiss the action in its entirety, thereby leaving Plaintiff to assert his claims against UHTX in state court; or (b) grant Syed's MFL, thus divesting this Court of jurisdiction and necessitating remand.

6.      As such, the Parties jointly move to cancel all remaining case deadlines and settings (including, but not limited to, the Final Pretrial Conference currently set for August 7, 2025) pending this Court's resolution of the MSJ and/or MFL.

7.      The Parties file this motion in the interests of judicial economy and so that justice may be done.  The motion is not brought to create needless or undue delay.

WHEREFORE, the Parties request and pray as follows:

(a) That the Court cancel all remaining case deadlines and settings and enter an order staying this litigation pending this Court's resolution of UHNC's Motion for Summary Judgment (Dkt. #29) and/or Syed's Motion for Leave to File Second Amended Complaint (Dkt. #32); and

(b) That the Court otherwise grant the Parties all relief to which they are justly entitled.

Dated: July 7, 2025                                     Respectfully submitted,

By: /s/ K. Michael Sturgill                             By: /s/ Cameron E. Jean
K. Michael Sturgill                                     Andrew G. Jubinsky
Texas State Bar No. 24075588                            Texas Bar No. 11043000
William P. Rossini                                      andy.jubinsky@figdav.com
Texas State Bar No.17309480                             Cameron E. Jean
                                                        Texas Bar No. 24097883
**THEMIS LEGAL GROUP, PLLC**                            cameron.jean@figdav.com
209 W 2nd Street, #245
Fort Worth, Texas 76102                                 **FIGARI + DAVENPORT, LLP**
Office Telephone: 214-494-8044                          901 Main Street, Suite 3400
Email: mike@themislegalgroup.com                        Dallas, Texas 75202
Email: william@themislegalgroup.com                     (214) 939-2000 – telephone
                                                        (214) 939-2090 – facsimile
**ATTORNEYS FOR PLAINTIFF**
                                                        **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

  The undersigned counsel hereby certifies that on July 8, 2025, he conferred with counsel for Plaintiff regarding the relief requested in this Motion, and he has indicated he is not opposed to the relief requested in the motion.

               */s/ Cameron E. Jean*
                Cameron E. Jean

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

               */s/ Cameron E. Jean*
                Cameron E. Jean